IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AHMED ABDIRZAK AIMAD,<br><br>Petitioner,<br><br>vs.<br><br>JEROME KRAMER, Sheriff Lincoln County Det Cen, et al.,<br><br>Respondents. | 8:26-CV-398<br><br>ORDER |

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement. He seeks a writ of habeas corpus under 28 U.S.C. § 2241. Filing 1. He asserts his detention is unlawful because he has been in ICE custody since December 31, 2024, and was ordered removed from the United States on May 12, 2025, and there is no significant likelihood that he will be removed from the United States in the reasonably foreseeable future. *See* filing 1; filing 8 at 4-5.

The government concedes that the petitioner is from Somalia, his removal to Somalia has been withheld, and that he has been detained for longer than the six months that is presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Filing 6 at 1. Accordingly, the Court finds that the petitioner has met his burden of "provid[ing] good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Id.* at 701. But, the government says, it can rebut the petitioner's showing because a third country has agreed to accept the petitioner and his removal is actually planned for August 25, 2026. Filing 6 at 1; filing 8 at 6.

That, the Court finds, is enough of a showing by the government <u>at this point</u>. August 25, 2025 is "reasonably foreseeable." *See id.* at 700. So

foreseeable, in fact, that the Court will wait and see whether removal actually takes place. The Court will stay the petition and direct the government to advise the Court whether the scheduled removal actually took place, which would moot the petition. *See Ali v. Cangemi*, 419 F.3d 722, 724 (8th Cir. 2005).

IT IS ORDERED:

1. This case is stayed pending further order of the Court.

2. On or before September 1, 2026, the government shall file a status report with the Court indicating the status of the petitioner's removal from the United States.

Dated this 18th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge